# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Patricia Parker-Davis

[You are the **PLAINTIFF**, print your full name on this line.]

v.

STRIDE EDUCATION  Geo Focus Academy

[The **DEFENDANT** is who you are suing. Put **ONE** name on this line. List **ALL** defendants below, including this one.]

-FILED-
MAY -5 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number  3:23cv374

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>Geo Focus Academy<br><br>Stride Education | 3145 N. Meridian Street<br>Indianapolis IN 46208 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? ___1___

2. What is your address? 1346 East Corby Boulevard

South Bend, Indiana  46617

3. What is your telephone number: ( 574` ) 514-6890

4. Have you ever sued anyone for these exact same claims?

☑ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was hired romotely by Sandi Brueck September 7, 2021 as SPED Teacher. My physical appearance was not evident during the interview. I am disabled as a result of RA. My body has become more deformed over the past six years. I ambulate with a walker.

2. After being hired, I noticed a great change in the way that Mrs. Brueck treated me. My physical condition had been revealed to her from the camera of my computer. She was not the same. She was rude and condensending and harrassing me daily with back to back emails that I would forward to the Director-suddenly they would stop.

3. I asked to have a meeting with the interim director of school, Dr.Daniel, During that meeting, I told Mrs. Brueck how I felt about her behavior toward me. This fueled her even more.

4. Her next move was to put me on a PIP, Performance Improvement Plan to walk me out the door. She would write me up for any little thing. Her harrassment continued.

5. On the last school day. I was called into a meeting and told that I was fired. I was not asked to resign. I was FIRED. If my employment skills were so bad, why did she wait until the LAST day of School to terminate me?

6. Mentally I have suffered because I came to STRIDE K12 Education when I noticed that they hired individuals with disabilities. It was a part of their culture. I was hired within a part of their culture where it was not accepted. Also, this was NEW school. My image was not going to be a part of it.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

7. This is incident has caused a lot of unnecesary stress and anxiety along with financial hardship.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☑ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Punitive damages- I was not given my earned vacation time and my contract was not paid throughout the summer. The year of wages that I lost before finding another job.

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]
\_\_\_\_\_ I will keep a copy of this complaint for my records.
\_\_\_\_\_ I will promptly notify the court of any change of address.
\_\_\_\_\_ I declare **under penalty of perjury** that the statements in this complaint are true.

_[signature]_                                              5-5-23
Signature                                                    Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]