AO 450 (Rev. 01/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Indiana

PATRICIA B. PARKER-DAVIS,
a/k/a Particia Parker-Davis;
       Plaintiff
  v.                  **Civil Action No.**    3:23cv374

STRIDE EDUCATION, *Geo Focus Academy*;
       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ % plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** other:   This case is hereby DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   Damon R. Leichty on Defendant's Motion to Dismiss.

DATE:   March 29, 2024       *Chanda J. Berta, Clerk of Court*

                                    by    S/ J. Darrah
                                              *Signature of Clerk or Deputy Clerk*